# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 12, 2024

Christopher A. Eiswerth
U.S. DEPARTMENT OF JUSTICE
Civil Division
Suite 8142
1100 L Street N.W.
Washington, DC  20530

RE:  24-3521  State of Kansas, et al v. United States, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Maureen W. Gornik
Acting Clerk of Court

MMH

Enclosure(s)

cc:     Munera Al-Fuhaid
       Philip J. Axt
       James A. Barta
       Nicholas J. Bronni
       Monroe D. Bryant Jr.
       Brandon F. Chase
       Natalie Christmas
       Ronda L. Colby
       Christian B. Corrigan
       Joshua Divine
       Thomas E. Gaiser
       Kevin M. Gallagher
       Whitney D. Hermandorfer
       Alan M. Hurst
       Marty J. Jackley
       Dylan L. Jacobs
       Abhishek S. Kambli
       Clifton E. Katz
       Kris W. Kobach
       Matthew Maurer
       Robert Overing
       Zachary B. Pohlman
       James Rodriguez
       Joseph D. Spate
       Peter M. Torstensen Jr.
       Eric H. Wessan
       Zachary Zimmerer
       Clerk, U.S. District Court, North Dakota

District Court/Agency Case Number(s): 1:24-cv-00150-DMT

**Caption For Case Number: 24-3521**

State of Kansas; State of North Dakota; State of Alabama; State of Idaho; State of Indiana; State of Iowa; State of Missouri; State of Montana; State of Nebraska; State of New Hampshire; State of Ohio; State of South Carolina; State of South Dakota; State of Tennessee; Commonwealth of Virginia; Commonwealth of Kentucky; State of Texas; State of Florida; State of Arkansas

        Plaintiffs - Appellees

v.

United States of America; Centers for Medicare & Medicaid Services

        Defendants - Appellants

Christopher A. Eiswerth
U.S. DEPARTMENT OF JUSTICE
Civil Division
Suite 8142
1100 L Street N.W.
Washington, DC  20530

Munera Al-Fuhaid
ATTORNEY GENERAL'S OFFICE
P.O. Box 12548
Austin, TX  78711-2548

Philip J. Axt
ATTORNEY GENERAL'S OFFICE
600 E. Boulevard Avenue
Bismarck, ND  58505

James A. Barta
ATTORNEY GENERAL'S OFFICE
5th Floor; Indiana Government Center S.
302 W. Washington Street
Indianapolis, IN  46204-2770

Nicholas J. Bronni
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201

Monroe D. Bryant Jr.
ATTORNEY GENERAL'S OFFICE
P.O. Box 12548
Austin, TX  78711-2548

Brandon F. Chase
ATTORNEY GENERAL'S OFFICE
33 Capitol Street
Concord, NH  03301

Natalie Christmas
ATTORNEY GENERAL'S OFFICE
PL-01 The Capitol
Tallahassee, FL  32399-1050

Clerk, U.S. District Court, North Dakota
U.S. DISTRICT COURT
District of North Dakota
220 E. Rosser Avenue, Room 476
Bismarck, ND  58501

Ronda L. Colby
U.S. DISTRICT COURT
District of North Dakota
220 E. Rosser Avenue
P.O. Box 1193
Bismarck, ND  58502-1193

Christian B. Corrigan
ATTORNEY GENERAL'S OFFICE
215 N. Sanders
P.O. Box 201401
Helena, MT  59620-1401

Joshua Divine
ATTORNEY GENERAL'S OFFICE
207 W. High Street
P.O. Box 899
Jefferson City, MO  65102

Thomas E. Gaiser
ATTORNEY GENERAL'S OFFICE
Office of Solicitor General
17th Floor
30 E. Broad Street
Columbus, OH  43215

Kevin M. Gallagher
ATTORNEY GENERAL'S OFFICE
202 N. Ninth Street
Richmond, VA  23219

Whitney D. Hermandorfer
ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN  37202-0207

Alan M. Hurst
ATTORNEY GENERAL'S OFFICE
700 W. Jefferson
P.O. Box 83720
Boise, ID  83720-0010

Marty J. Jackley
ATTORNEY GENERAL'S OFFICE
Suite 1
1302 E. Highway 14
Pierre, SD  57501-8501

Dylan L. Jacobs
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201

Abhishek S. Kambli
ATTORNEY GENERAL'S OFFICE
Second Floor, Memorial Hall
120 S.W. Tenth Street
Topeka, KS  66612-1597

Clifton E. Katz
ATTORNEY GENERAL'S OFFICE
Suite 1
1302 E. Highway 14
Pierre, SD  57501-8501

Kris W. Kobach
ATTORNEY GENERAL'S OFFICE
Second Floor, Memorial Hall
120 S.W. Tenth Street
Topeka, KS  66612-1597

Matthew Maurer
ATTORNEY GENERAL'S OFFICE
700 W. Jefferson
P.O. Box 83720
Boise, ID  83720-0010

Robert Overing
ATTORNEY GENERAL'S OFFICE
501 Washington Avenue
Montgomery, AL  36130

Zachary B. Pohlman
ATTORNEY GENERAL'S OFFICE
Civil Litigation
2115 State Capitol
P.O. Box 98920
Lincoln, NE  68509

James Rodriguez
ATTORNEY GENERAL'S OFFICE
Second Floor, Memorial Hall
120 S.W. Tenth Street
Topeka, KS  66612-1597

Joseph D. Spate
ATTORNEY GENERAL'S OFFICE
P.O. Box 11549
Columbia, SC  29211

Peter M. Torstensen Jr.
ATTORNEY GENERAL'S OFFICE
215 N. Sanders
P.O. Box 201401
Helena, MT  59620-1401

Eric H. Wessan
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA  50319-0001

Zachary Zimmerer
ATTORNEY GENERAL'S OFFICE
Capitol Building
700 Capital Avenue
Frankfort, KY  40601-3449