UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: State of Kansas, et al. vs. United States, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-3521 for the following party(s): (please specify)

United States; Centers for Medicare & Medicaid Services

☑ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Leif Overvold  s/: Leif Overvold
Firm Name: U.S. Department of Justice, Civil Division, Appellate Staff
Business Address: 950 Pennsylvania Avenue NW, Room 7226
City/State/Zip: Washington, DC 20530
Telephone Number (Area Code): 202-532-4631
Email Address: leif.overvold2@usdoj.gov

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 12/12/24, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: