# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: __State of Kansas, et al.__ vs. __United States, et al.__

**The Clerk will enter my appearance as Counsel in Appeal No.** __24-3521__ **for the following party(s): (please specify)**

> State of Iowa

[ ] Appellant(s)  [ ] Petitioner(s)  [✔] Appellee(s)  [ ] Respondent(s)  [ ] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Eric H. Wessan    s/: Eric H. Wessan

Firm Name: Iowa Attorney General

Business Address: 1305 E. Walnut Street

City/State/Zip: Des Moines, Iowa 50319

Telephone Number (Area Code): 515-823-9117

Email Address: eric.wessan@ag.iowa.gov

---

**CERTIFICATE OF SERVICE**

[✔] I hereby certify that on __12/12/2024__, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: