# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: State of Kansas et al vs. United States, et al

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-3521 **for the following party(s): (please specify)**

State of South Dakota

☐ Appellant(s)  ☐ Petitioner(s)  ☑ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Clifton E. Katz    s/: Clifton E. Katz

Firm Name: South Dakota Attorney General's Office

Business Address: 1302 E. Highway 14, Suite 1

City/State/Zip: Pierre, SD 57501-8501

Telephone Number (Area Code): (605) 773-3215

Email Address: clifton.katz@state.sd.us

### CERTIFICATE OF SERVICE

☑ I hereby certify that on 12/12/2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: