UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: __State of Kansas et al.__ vs. __United States, et al.__

The Clerk will enter my appearance as Counsel in Appeal No. __24-3521__ for the following party(s): (please specify)

State of Tennessee

[ ] Appellant(s)  [ ] Petitioner(s)  [✔] Appellee(s)  [ ] Respondent(s)  [ ] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Whitney Hermandorfer    s/: /s/ Whitney Hermandorfer

Firm Name: Office of the Tennessee Attorney General

Business Address: PO Box 20207

City/State/Zip: Nashville, TN 37202-0207

Telephone Number (Area Code): 615-741-7403

Email Address: whitney.hermandorfer@ag.tn.gov

**CERTIFICATE OF SERVICE**

[✔] I hereby certify that on __12/12/24__, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: