# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: State of Kansas, et al. vs. United States, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-3521 **for the following party(s): (please specify)**

Commonwealth of Kentucky

[ ] Appellant(s)  [ ] Petitioner(s)  [✔] Appellee(s)  [ ] Respondent(s)  [ ] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's [Manage my Account](#).**

Attorney Name: Matthew F. Kuhn  s/: Matthew F. Kuhn

Firm Name: Office of Kentucky Attorney General

Business Address: 700 Capital Avenue, Suite 118

City/State/Zip: Frankfort, Kentucky 40601

Telephone Number (Area Code): (502) 696-5447

Email Address: Matt.Kuhn@ky.gov

---

**CERTIFICATE OF SERVICE**

[✔] I hereby certify that on 12/12/24, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: