UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: State of Kansas, et al., vs. United States, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-3521 for the following party(s): (please specify)

State of Kansas

[ ] Appellant(s)   [ ] Petitioner(s)   [✔] Appellee(s)   [ ] Respondent(s)   [ ] Amicus Curiae   [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Adam T. Steinhilber   s/: Adam T. Steinhilber

Firm Name: Office of the Kansas Attorney General

Business Address: 120 SW 10th Avenue, 2nd Floor

City/State/Zip: Topeka, KS 66612

Telephone Number (Area Code): (785) 368-8457

Email Address: Adam.Steinhilber@ag.ks.gov

**CERTIFICATE OF SERVICE**

[✔] I hereby certify that on 12/12/2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: