# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: State of Kansas, et al. vs. United States, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-3521 **for the following party(s): (please specify)**

State of Arkansas

[ ] Appellant(s) [ ] Petitioner(s) [✔] Appellee(s) [ ] Respondent(s) [ ] Amicus Curiae [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Dylan L. Jacobs  s/: Dylan L. Jacobs

Firm Name: Office of the Arkansas Attoney General

Business Address: 323 Center Stret, Suite 200

City/State/Zip: Little Rock, AR 72201

Telephone Number (Area Code): 501-682-3661

Email Address: Dylan.Jacobs@arkansasag.gov

### CERTIFICATE OF SERVICE

[✔] I hereby certify that on 12/12/2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: