# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: State of Kansas, et al vs. United States, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-3521 **for the following party(s): (please specify)**

State of Texas

[ ] Appellant(s) [ ] Petitioner(s) [✓] Appellee(s) [ ] Respondent(s) [ ] Amicus Curiae [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Monroe 'David' Bryant, Jr.   s/: David Bryant

Firm Name: Office of the Attorney General-Special Litigation Division

Business Address: PO Box 12548 (MC-009)

City/State/Zip: Austin, Texas 78711-2548

Telephone Number (Area Code): 512-936-2266

Email Address: david.bryant@oag.texas.gov

### CERTIFICATE OF SERVICE

[✓] I hereby certify that on 12/12/24, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: