# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: __State of Kansas, et al.___ vs. __United States, et al.___

**The Clerk will enter my appearance as Counsel in Appeal No.** __24-3521__ for the following party(s): (please specify)

```
State of Montana
```

[ ] Appellant(s)  [ ] Petitioner(s)  [✔] Appellee(s)  [ ] Respondent(s)  [ ] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: __Peter M. Torstensen, Jr.__   s/: __Peter M. Torstensen, Jr.__

Firm Name: __Montana Attorney General's Office__

Business Address: __P.O. Box 201401__

City/State/Zip: __Helena, MT 59620-1401__

Telephone Number (Area Code): __406-444-2026__

Email Address: __peter.torstensen@mt.gov__

---

### CERTIFICATE OF SERVICE

[✔] I hereby certify that on __12/12/24__, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: