# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: State of Kansas, et al vs. United States, et al

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-3521 **for the following party(s): (please specify)**

State of Missouri

☐ Appellant(s)  ☐ Petitioner(s)  ☑ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Joshua M. Divine    s/: Joshua M. Divine

Firm Name: Office of Missouri Attorney General

Business Address: 207 West High Street

City/State/Zip: Jefferson City, Missouri 65102

Telephone Number (Area Code): (573) 751-8870

Email Address: Josh.Divine@ago.mo.gov

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 12/13/2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: