UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: State of Kansas, et al. vs. United States, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-3521 for the following party(s): (please specify)

State of South Carolina

[ ] Appellant(s) [ ] Petitioner(s) [✔] Appellee(s) [ ] Respondent(s) [ ] Amicus Curiae [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Joseph D. Spate    s/: Joseph D. Spate

Firm Name: South Carolina Attorney General's Office

Business Address: 1000 Assembly Street

City/State/Zip: Columbia, SC 29201

Telephone Number (Area Code): (803) 734-3371

Email Address: josephspate@scag.gov

**CERTIFICATE OF SERVICE**

[✔] I hereby certify that on 12/13/24, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: