# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: State of Kansas, et al. vs. United States, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-3521 **for the following party(s): (please specify)**

State of Florida

[ ] Appellant(s)  [ ] Petitioner(s)  [✔] Appellee(s)  [ ] Respondent(s)  [ ] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Henry C. Whitaker    s/: Henry C. Whitaker

Firm Name: Florida Office of the Attorney General

Business Address: PL-01, The Capitol

City/State/Zip: Tallahassee, FL 32399-1050

Telephone Number (Area Code): (850)-414-3300

Email Address: henry.whitaker@myfloridalegal.com

### CERTIFICATE OF SERVICE

[✔] I hereby certify that on 12/16/24, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: