No. 24-3521

_____

**IN THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT**

_____

STATE OF KANSAS, et al.,

*Plaintiffs-Appellees*,

v.

UNITED STATES OF AMERICA, et al.,

*Defendants-Appellants*.

_____

On Appeal from the United States District Court
for the District of North Dakota

_____

**NOTICE OF PLAINTIFF-APPELLEES' INTENT TO FILE RESPONSE TO DEFENDANTS-APPELLANTS' EMERGENCY MOTION FOR AN ADMINISTRATIVE STAY AND STAY PENDING APPEAL**

Plaintiff-Appellee, State of Kansas, hereby notifies the Court that it intends to file a response in opposition to Defendant-Appellants' Emergency Motion for an Administrative Stay and Stay Pending Appeal on or before December 19, 2024, unless the Court orders otherwise.

Respectfully submitted,

KRIS W. KOBACH
Attorney General of Kansas

*/s/ Abhishek S. Kambli*
Abhishek S. Kambli
Deputy Attorney General
120 S.W. 10th Avenue, 2nd Floor
Topeka, Kansas 66612
(785) 368-8539
Abhishek.Kambli@ag.ks.gov

# CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2024, I electronically filed the foregoing notice with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Abhishek S. Kambli*
Abhishek S. Kambli
