# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-3521

State of Kansas, et al.

Appellees

v.

United States of America and Centers for Medicare & Medicaid Services

Appellants

___

Appeal from U.S. District Court for the District of North Dakota - Western
(1:24-cv-00150-DMT)

___

**ORDER**

Appellant's request for a temporary administrative stay of the district court's December 9, 2024 order, pending this court's consideration of Appellant's motion to stay the district court's order pending appeal, is granted. Appellees are directed to file any response(s) to Appellant's motion for stay pending appeal by December 18, 2024 at 2:00 p.m. Central Time. Any reply from Appellant is due by 12:00 p.m. Central Time on December 19, 2024.

December 16, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Maureen W. Gornik