# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: __State of Kansas et al.__ vs. __United States, et al.__

**The Clerk will enter my appearance as Counsel in Appeal No.** __24-3521__ for the following party(s): (please specify)

```
State of North Dakota
```

[ ] Appellant(s)  [ ] Petitioner(s)  [✔] Appellee(s)  [ ] Respondent(s)  [ ] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's [Manage my Account](#).**

Attorney Name: __Philip Axt__   s/: __Philip Axt__

Firm Name: __Office of the North Dakota Attorney General__

Business Address: __600 E. Boulevard Ave., Ste. 125__

City/State/Zip: __Bismarck, ND 58505__

Telephone Number (Area Code): __701.328.2210__

Email Address: __pjaxt@nd.gov__

---

**CERTIFICATE OF SERVICE**

[✔] I hereby certify that on __12.16.24__, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: