# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Kansas, et al. vs. United States, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-3521 for the following party(s): (please specify)

State of Ohio

[ ] Appellant(s)   [ ] Petitioner(s)   [✓] Appellee(s)   [ ] Respondent(s)   [ ] Amicus Curiae   [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: T. Elliot Gaiser   s/: T. Elliot Gaiser

Firm Name: Office of the Ohio Attorney General

Business Address: 30 E. Broad St.

City/State/Zip: Columbus, OH 43215

Telephone Number (Area Code): 614.466.8980

Email Address: thomas.gaiser@ohioago.gov

### CERTIFICATE OF SERVICE

[✓] I hereby certify that on 12/17/24, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: