# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| State of KANSAS, *et al.*, <br><br> Plaintiff-Appellees, <br><br> v. <br><br> UNITED STATES of AMERICA, *et al.*, <br><br> Defendant-Appellants. | Case No. 24-3521 <br><br> On appeal from the United States District Court for the District of North Dakota <br> Case No. 1:24-cv-00150-DMT |

## MOTION TO EXCEED WORD LIMIT

**KRIS W. KOBACH**
**Attorney General of Kansas**

Abhishek S. Kambli
*Deputy Attorney General*
Adam T. Steinhilber
*Assistant Solicitor General*
Office of the Kansas Attorney General
Topeka, Kansas 66612-1597
Phone: (785) 296-7109
Email: abhishek.kambli@ag.ks.gov
adam.steinhilber@ag.ks.gov
*Counsel for the State of Kansas*
(additional counsel on signature page)

1

Plaintiffs States respectfully move for permission for their contemporaneously filed Response in Opposition to Emergency Motion for an Administrative Stay and Stay Pending Appeal to exceed the word limit.

## ANALYSIS

Under Federal Rule of Appellate Procedure 27(d)(2)(A), Plaintiffs' word limit for their Response is 5,200 words. Plaintiffs respectfully request an extension of that word limit up to 6,403 words. Plaintiffs request this increase of the word limit so that all parties will have a fair opportunity to present their arguments for the Court. Specifically, two primary reasons establish good cause for the requested relief.

*First*, Plaintiffs were afforded five days to respond to a 22-page Motion. Defendants' Motion was filed in the afternoon on Friday, December 13, 2024. Later that day, Plaintiffs notified this Court of their intention to respond by Thursday, December 19. On Monday, December 17, this Court ordered Plaintiffs to respond by Wednesday, December 18, at 2:00 P.M. Central Time. Federal Rule of Appellate Procedure 27(a)(3)(A) would normally afford Plaintiffs ten days to file such a response, which would allow time to fully formulate and condense their

arguments within the word limit. Since the normal time limit has been altered, Plaintiffs request permission to alter the normal word limit as well.

*Second*, each Plaintiff (nineteen total) would normally be entitled to file a separate response. *See* Fed. R. App. P. 27(a)(3)(A) ("Any party may file a response to a motion."). In the interest of judicial efficiency, Plaintiffs intend to file only one response. Because Plaintiffs capture the views of multiple parties in one response, a modest increase in the word limit is reasonable.

Defendants take no position on Plaintiffs' request.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request this Court permit their Response to exceed the word limit.

**Dated:** December 18, 2024

<div style="text-align: right;">

Respectfully submitted,

**KRIS W. KOBACH**
**Attorney General of Kansas**

*/s/Adam T. Steinhilber*
Abhishek S. Kambli
*Deputy Attorney General*
Adam T. Steinhilber
*Assistant Solicitor General*

</div>

3

Office of the Kansas Attorney General
Topeka, Kansas 66612-1597
Phone: (785) 296-7109
Email: abhishek.kambli@ag.ks.gov
adam.steinhilber@ag.ks.gov
*Counsel for the State of Kansas*

**DREW H. WRIGLEY**
**North Dakota Attorney General**

*/s/ Philip Axt*
Philip Axt
*Solicitor General*
Office of Attorney General
600 E. Boulevard Ave Dept. 125
Bismarck, North Dakota 58505
Phone: (701) 328-2210
Email: pjaxt@nd.gov
*Counsel for the State of North Dakota*

**STEVE MARSHALL**
**Alabama Attorney General**

/s/ Robert M. Overing
Robert M. Overing
*Deputy Solicitor General*
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Phone: (334) 242-7300
Fax: (334) 353-8400
Email: Robert.Overing@alabamaag.gov
*Counsel for the State of Alabama*

| | |
|---|---|
| **TIM GRIFFIN**<br>**Arkansas Attorney General** | **ASHLEY MOODY**<br>**Florida Attorney General** |
| */s/ Nicholas J. Bronni*<br>Nicholas J. Bronni<br>*Solicitor General*<br>Dylan L. Jacobs<br>*Deputy Solicitor General*<br>Office of the Arkansas Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR 72201<br>Phone: (501) 682-2007<br>Email: Nicholas.bronni@arkansasag.gov<br>*Counsel for the State of Arkansas* | */s/ Natalie Christmas*<br>Natalie Christmas<br>*Senior Counselor*<br>Henry Charles Whitaker<br>*Solicitor General*<br>Florida Attorney General's Office<br>PL-01 The Capitol<br>Tallahassee, FL 32399<br>Phone: (850) 414-3300<br>Fax: (850) 487-2564<br>Email: Natalie.christmas@myfloridalegal.com<br>*Counsel for the State of Florida* |

**RAÚL R. LABRADOR**
**Attorney General of Idaho**

/s/ Alan Hurst
Alan Hurst
*Solicitor General*
Matthew L. Maurer
*Deputy Attorney General*
Sean M. Corkery
*Assistant Solicitor General*
Office of the Attorney General
PO Box 83720,
Boise, Idaho 83720
Phone: (208) 334-2400
Email:
Alan.Hurst@ag.idaho.gov
Matthew.Maurer@ag.idaho.gov
Jack.Corkery@ag.idaho.gov
*Counsel for the State of Idaho*

**BRENNA BIRD**
**Attorney General of Iowa**

/s/ Eric H. Wessan
Eric H. Wessan
*Solicitor General*
1305 E. Walnut Street
Des Moines, Iowa 50319
Phone: (515) 823-9117
Email:
Eric.Wessan@ag.iowa.gov
*Counsel for the State of Iowa*

**THEODORE E. ROKITA**
**Attorney General of Indiana**

/s/ James A. Barta
James A. Barta
*Solicitor General*
Indiana Attorney General's Office
IGCS – 5th Floor
302 W. Washington St.
Indianapolis, IN 46204
Phone: (317) 232-0709
Email: james.barta@atg.in.gov
*Counsel for the State of Indiana*

**RUSSELL COLEMAN**
**Attorney General of Kentucky**

/s/ Zachary M. Zimmerer
Matthew F. Kuhn
*Solicitor General*
Zachary M. Zimmerer
*Assistant Attorney General*
Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky
Phone: (502) 696-5617
Email: Zachary.zimmerer@ky.gov
matt.kuhn@ky.gov
*Counsel for the Commonwealth of Kentucky*

ANDREW BAILEY
**Attorney General of Missouri**

/s/ *Joshua M. Divine*
Joshua M. Divine
*Solicitor General*
Office of the Missouri Attorney General
Supreme Court Building
207 West High Street
Jefferson City, Missouri 65102
Phone: (573) 751-8870
Email: Josh.Divine@ago.mo.gov
*Counsel for the State of Missouri*

AUSTIN KNUDSEN
**Attorney General of Montana**

*/s/ Peter M. Torstensen, Jr.*
Peter M. Torstensen, Jr.
*Deputy Solicitor General*
Christian B. Corrigan
*Solicitor General*
Montana Department of Justice
215 North Sanders
P.O. Box 201401
Helena, Montana 59620-1401
Phone: (406) 444.2026
Email: peter.torstensen@mt.gov
*Counsel for the State of Montana*

MICHAEL T. HILGERS
**Attorney General of Nebraska**

*/s/ Zachary B. Pohlman*
Zachary B. Pohlman
*Assistant Solicitor General*
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, Nebraska 68509
Phone: (402) 471-2682
Email: Zachary.Pohlman@Nebraska.gov
*Counsel for the State of Nebraska*

JOHN M. FORMELLA
**Attorney General of New Hampshire**

*/s/Brandon F. Chase*
Brandon F. Chase
*Assistant Attorney General*
New Hampshire Department of Justice
1 Granite Place – South
Concord, New Hampshire 03301
Phone: (603) 271-3650
Email: brandon.f.chase@doj.nh.gov
*Counsel for the State of New Hampshire*

7

DAVE YOST
**Attorney General of Ohio**

*/s/ T. Elliot Gaiser*
T. Elliot Gaiser
*Ohio Solicitor General*
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
Phone: (614)466-8980
Fax: (614) 466-5087
Email: thomas.gaiser@ohioago.gov
*Counsel for the State of Ohio*

ALAN WILSON
**Attorney General of South Carolina**

*/s/ Joseph D. Spate*
Joseph D. Spate
*Assistant Deputy Solicitor General*
Office of the South Carolina Attorney General
1000 Assembly Street
Columbia, South Carolina 29201
Phone: (803) 734-3371
Email: josephspate@scag.gov
*Counsel for the State of South Carolina*

MARTY J. JACKLEY
**Attorney General of South Dakota**

*/s/ Clifton Katz*
Clifton Katz
*Assistant Attorney General*
Office of the Attorney General
State of South Dakota
1302 E. Hwy. 14, Suite #1
Pierre, South Dakota 57501
Phone: (605) 773-3215
Email: Clifton.katz@state.sd.us
*Counsel for the State of South Dakota*

JONATHAN SKRMETTI
**Attorney General and Reporter of Tennessee**

*/s/ Whitney D. Hermandorfer*
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
Phone: 615-741-1400
Email: whitney.hermandorfer@ag.tn.gov
*Counsel for the State of Tennessee*

<div style="display: flex;">

**KEN PAXTON**
**Attorney General of Texas**

Brent Webster
*First Assistant Attorney General*
Ralph Molina
*Deputy First Assistant Attorney General*
Austin Kinghorn
*Deputy Attorney General, Legal Strategy*
Ryan D. Walters
*Chief, Special Litigation Division*

/s/ David Bryant
David Bryant
*Senior Special Counsel*
Munera Al-Fuhaid
*Special Counsel*
Office of Attorney General of Texas
P.O. Box 12548
Austin, Texas 78711
Phone: (512) 936-1700
Email: David.Bryant@oag.texas.gov
Munera.Al-Fuhaid@oag.texas.gov
*Counsel for the State of Texas*

**JASON S. MIYARES**
**Attorney General of Virginia**

/s/ Kevin M. Gallagher
Kevin M. Gallagher
*Principal Deputy Solicitor General*
Virginia Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
Phone: (804) 786-2071
Fax: (804) 786-1991
Email: kgallagher@oag.state.va.us
*Counsel for the Commonwealth of Virginia*

</div>

## CERTIFICATE OF SERVICE

This is to certify that on this 18th day of December 2024, I electronically filed the above and foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

> */s/Adam T. Steinhilber*
> Adam T. Steinhilber
> *Counsel for the State of Kansas*

## CERTIFICATE OF COMPLIANCE

The foregoing document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 291 words. It also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared using Word in Century Schoolbook 14-point font, a proportionally spaced typeface.

Pursuant to Circuit Rule 28A(h)(2), I further certify that the foregoing has been scanned for viruses, and the foregoing is virus free.

                                            */s/Adam T. Steinhilber*
                                            Adam T. Steinhilber
                                            *Counsel for the State of Kansas*