# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

STATE OF KANSAS, et al.,

    *Plaintiffs-Appellees,*

    *v.*

UNITED STATES OF AMERICA, et al.,

    *Defendants-Appellants.*

No. 24-3521

## CERTIFICATE OF WAIVER

Defendants-appellants the United States of America and Centers for Medicare & Medicaid Services state that no transcripts will be ordered in the above-captioned appeals other than those already in the district court record. *See* R. Doc. 89.

    Respectfully submitted,

    MELISSA N. PATTERSON

    *s/ Leif Overvold*
    LEIF OVERVOLD
    JOSHUA M. KOPPEL
      *Attorneys, Appellate Staff*
      *Civil Division, Room 7226*
      *U.S. Department of Justice*
      *950 Pennsylvania Avenue NW*
      *Washington, DC 20530*
      *(202) 305-1754*
      *leif.overvold2@usdoj.gov*

December 2024

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system.

*s/ Leif Overvold*
Leif Overvold