# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-3521

State of Kansas, et al.

Appellees

v.

United States of America and Centers for Medicare & Medicaid Services

Appellants

------------------------------

CASA, et al.

Amici on Behalf of Appellant(s)

___

Appeal from U.S. District Court for the District of North Dakota - Western
(1:24-cv-00150-DMT)

___

**ORDER**

Appellees' motion to exceed the word limit is granted.

Appellants' motion to file an overlength reply is granted.

The motion for leave to file an amicus brief in support of the appellants' motion for stay is granted. CASA, Hyun Kim, Claudia Moya Lopez and Dania Quezada Torres have been changed to amici curiae in this case.

December 23, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

___

/s/ Maureen W. Gornik