# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 23, 2024

West Publishing
Opinions Clerk
610 Opperman Drive
Building D D4-40
Eagan, MN 55123-0000

    RE: 24-3521 State of Kansas, et al v. United States, et al

Dear Sir or Madam:

    An opinion was filed today in the above case.

    If you have any questions concerning this case, please call this office.

                                  Maureen W. Gornik
                                  Acting Clerk of Court

AMT

Enclosure(s)

cc:   Lois Law
      MO Lawyers Weekly

        District Court/Agency Case Number(s):   1:24-cv-00150-DMT