# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 23, 2024

Leif Eric Overvold
U.S. DEPARTMENT OF JUSTICE
Civil Division
7226
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0000

    RE:  24-3521  State of Kansas, et al v. United States, et al

Dear Counsel:

    The court has issued an opinion in this case.

                  Maureen W. Gornik
                  Acting Clerk of Court

AMT

Enclosure(s)

cc:    Munera Al-Fuhaid
      Philip J. Axt
      James A. Barta
      Nicholas J. Bronni
      Monroe D. Bryant Jr.
      Brandon F. Chase
      Natalie Christmas
      Clerk, U.S. District Court, North Dakota
      Sean M. Corkery
      Christian Brian Corrigan
      Joshua Divine
      Christopher A. Eiswerth
      Thomas Elliot Gaiser
      Kevin Michael Gallagher
      Whitney D. Hermandorfer
      Alan M. Hurst
      Marty J. Jackley
      Dylan L. Jacobs
      Abhishek S. Kambli

Clifton E. Katz
Kris William Kobach
Joshua Koppel
Matthew F. Kuhn
Matthew Maurer
Robert Overing
Melissa N. Patterson
Zachary Brent Pohlman
James Rodriguez
Matthew S. Rozen
Joseph David Spate
Adam Thomas Steinhilber
Peter Martin Torstensen Jr.
Honorable Daniel Mack Traynor
Eric H. Wessan
Henry Charles Whitaker
Zachary Zimmerer

District Court/Agency Case Number(s): 1:24-cv-00150-DMT