# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-3521

State of Kansas, et al.

Appellees

v.

United States of America and Centers for Medicare & Medicaid Services

Appellants

------------------------------

CASA, et al.

Amici on Behalf of Appellant(s)

___

Appeal from U.S. District Court for the District of North Dakota - Western
(1:24-cv-00150-DMT)

___

**ORDER**

Pursuant to the Court's Opinion filed on December 23, 2024, the parties are directed to comply with the following expedited briefing deadlines.

Transcript is due January 14, 2025.

Appellants' brief and joint appendix are due January 17, 2025.

Appellees' brief is due February 7, 2025.

Appellants' reply brief is due February 19, 2025.

December 23, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Maureen W. Gornik