# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

STATE OF KANSAS, et al.,

        Plaintiffs-Appellees,

v.

UNITED STATES, et al.,

        Defendants-Appellants.

Case Nos. 24-03521, 24-03532

## Motion to Withdraw

Nicholas J. Bronni, counsel for Plaintiffs-Appellees, respectfully moves to withdraw as an attorney of record in this matter. Mr. Bronni will be leaving the employment of the Office of the Arkansas Attorney General effective December 31, 2024, to begin service as an Associate Justice of the Arkansas Supreme Court. Plaintiffs-Appellees will continue to be represented by the other counsel of record from the Office of the Arkansas Attorney General.

Respectfully Submitted,

TIM GRIFFIN
Arkansas Attorney General

Nicholas J. Bronni
Solicitor General

1

Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-3661
nicholas.bronni@arkansasag.gov

2

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 69 words, excluding the parts exempted by Fed. R. App. P. 32(f).

Pursuant to Fed. R. App. P. 27(d)(1)(E), I also certify that this motion complies with the requirements of Fed. R. App. P. 32(a)(5)-(6) because it has been prepared in a 14-point Times New Roman, a proportionally spaced typeface, using Microsoft Word.

I further certify that this PDF file was scanned for viruses, and no viruses were found on the file.

/s/ *Nicholas J. Bronni*
Nicholas J. Bronni

Appellate Case: 24-3521    Page: 3    Date Filed: 12/27/2024 Entry ID: 5470219

## CERTIFICATE OF SERVICE

I certify that on December 27, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

/s/ *Nicholas J. Bronni*
Nicholas J. Bronni