# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-3521

State of Kansas, et al.

Appellees

v.

United States of America and Centers for Medicare & Medicaid Services

Appellants

------------------------------

CASA, et al.

Amici on Behalf of Appellant(s)

___

Appeal from U.S. District Court for the District of North Dakota - Western
(1:24-cv-00150-DMT)

___

**ORDER**

Nicholas J. Bronni's motion to withdraw as retained counsel is granted. Nicholas J. Bronni, for State of Arkansas, has been granted leave to withdraw from this case.

December 27, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Maureen W. Gornik