UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: State of Kansas, el al vs. United States, et al

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-3521 **for the following party(s): (please specify)**

CASA, Inc., Hyun Kim, Claudia Moya Lopez, and Dania Quezada Torres

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☑ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Tanya Broder s/: Tanya Broder

Firm Name: National Immigration Law Center

Business Address: 3450 Wilshire Blvd. 108-62

City/State/Zip: Los Angeles, CA 90010

Telephone Number (Area Code): 5106638282

Email Address: broder@nilc.org

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 01/14/25, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: