# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: __State of Kansas, el al__ vs. __United States, et al__

**The Clerk will enter my appearance as Counsel in Appeal No.** __24-3521__ for the following party(s): (please specify)

> CASA, Inc., Hyun Kim, Claudia Moya Lopez, and Dania Quezada Torres

[ ] Appellant(s)  [ ] Petitioner(s)  [ ] Appellee(s)  [ ] Respondent(s)  [✔] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: __Nicholas Espiritu__  s/: __Nicholas Espiritu__

Firm Name: __National Immigration Law Center__

Business Address: __3450 Wilshire Blvd. 108-62__

City/State/Zip: __Los Angeles, CA 90010__

Telephone Number (Area Code): __2136393900__

Email Address: __espiritu@nilc.org__

### CERTIFICATE OF SERVICE

[✔] I hereby certify that on __01/14/25__, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: