UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: ____State of Kansas, el al____ vs. ____United States, et al____

**The Clerk will enter my appearance as Counsel in Appeal No.** ____24-3521____ for the following party(s): (please specify)

> CASA, Inc., Hyun Kim, Claudia Moya Lopez, and Dania Quezada Torres

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☑ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: ____Hilda Bonilla____ s/: ____Hilda Bonilla____

Firm Name: ____National Immigration Law Center____

Business Address: ____P.O. Box 34573____

City/State/Zip: ____Washington, DC 20043____

Telephone Number (Area Code): ____2136742907____

Email Address: ____bonilla@nilc.org____

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on ____01/14/25____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: