# IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

STATE OF KANSAS, et al.,          )      No. 24-3521, 24-3532

                             )

      Plaintiffs-Appellees,      )

                             )      MOTION TO WITHDRAW

                             )

v.                          )

                             )

UNITED STATES, et al.,         )

                             )

      Defendants-Appellants.   )

Clifton E. Katz, counsel for Plaintiff-Appellee, State of South Dakota, respectfully moves to withdraw as an attorney of record in this matter. Mr. Katz has been assigned different duties within the Attorney General's Office. Plaintiff-Appellee, State of South Dakota, will continue to be represented by other counsel of record from the Office of South Dakota Attorney General, as indicated by the Appearance of Counsel, dated January 23, 2025, of Jonathan K. Van Patten.

Dated this 23rd day of January, 2025.

                                */s/ Clifton E. Katz*
                                Clifton E. Katz
                                Assistant Attorney General
                                1302 East Highway 14, Suite 1
                                Pierre, South Dakota 57501-8501
                                Telephone: (605) 773-3215

# CERTIFICATE OF COMPLIANCE

I certify this motion complies with the type-volume limitation of Fed. R. App. P 27(d)(2)(A) because it contains 73 words, excluding the parts exempted by Fed. R. App. P. 32(f).

Pursuant to Fed. R. App. P. 27(d)(1)E, I also certify that this motion complies with the requirements of Fed. R. App. P. 32(a)(5)-(6) because it has been prepared in a 14-point Times New Roman, a proportionally spaced typeface, using Microsoft Word.

I further certify that this PDF file was scanned for viruses, and no viruses were found on the file.

*/s/ Clifton E. Katz*
Clifton E. Katz
Assistant Attorney General

Appellate Case: 24-3521    Page: 2    Date Filed: 01/23/2025 Entry ID: 5477802

CERTIFICATE OF SERVICE

I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system on January 23, 2025.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Clifton E. Katz
Clifton E. Katz
Assistant Attorney General

3