No: 24-3521

State of Kansas, et al.

Appellees

v.

United States of America and Centers for Medicare & Medicaid Services

Appellants

------------------------------

CASA, et al.

Amici on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the District of North Dakota - Western
(1:24-cv-00150-DMT)
_____

**ORDER**

The motion to withdraw as counsel is granted. Clifton E. Katz, for State of South Dakota, has been granted leave to withdraw from this case.

January 24, 2025

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Maureen W. Gornik