IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

STATE OF KANSAS, *et al.*,

    *Plaintiffs-Appellees*,

v.

UNITED STATES OF AMERICA, *et al.*,

    *Defendants-Appellants*.

No. 24-3521

**MOTION TO WITHDRAW AS COUNSEL**

Leif Overvold respectfully moves to withdraw as counsel for defendants-appellants in the above-captioned appeal because he will no longer be working on this case. Melissa N. Patterson and Joshua M. Koppel, also of the Department of Justice, will continue to represent defendants-appellants in this matter.

Respectfully submitted,

MELISSA N. PATTERSON
*s/ Leif Overvold*
LEIF OVERVOLD
JOSHUA M. KOPPEL
   *Attorneys, Appellate Staff*
   *Civil Division*
   *U.S. Department of Justice*
   *950 Pennsylvania Ave. NW*
   *Room 7226*
   *Washington, DC 20530*
   *(202) 305-1754*

*Counsel for Defendants-Appellants*

FEBRUARY 2025

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 50 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared using Word for Microsoft 365 in Garamond 14-point font, a proportionally spaced typeface.

Pursuant to Circuit Rule 28A(h)(2), I further certify that the motion has been scanned for viruses, and the motion is virus free.

*s/ Leif Overvold*
Leif Overvold

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system.

*s/ Leif Overvold*
Leif Overvold