# United States Court of Appeals
## For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 06, 2025

Joshua Koppel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Appellate Staff
Room 7212
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001

RE: 24-3521  State of Kansas, et al v. United States, et al

Dear Counsel:

The status report due on 08/01/2025 has been filed pursuant to this Court's Letter of 07/01/2025.  Please file with this office a status report regarding developments in the case by 09/08/2025.

Susan E. Bindler
Clerk of Court

JES

cc: Munera Al-Fuhaid
 Philip J. Axt
 James A. Barta
 Hilda Bonilla
 Tanya Broder
 Monroe D. Bryant Jr.
 John Matthew Butler
 Joseph Carlo
 Brandon F. Chase
  Clerk, U.S. District Court, North Dakota
 Ronda L. Colby
 Sean M. Corkery
 Christian Brian Corrigan
 Peter Francis Donohue Sr.
 Christopher A. Eiswerth
 Kevin Michael Gallagher
 Allen Huang
 Alan M. Hurst
 Joanna E. Cuevas Ingram

Marty J. Jackley
Dylan L. Jacobs
Kris William Kobach
Matthew F. Kuhn
Matthew Maurer
Robert M. Overing
Autumn Hamit Patterson
Melissa N. Patterson
Zachary Brent Pohlman
Anthony J. Powell
James Matthew Rice
James Rodriguez
Matthew S. Rozen
Joseph David Spate
Mathura Sridharan
Adam Thomas Steinhilber
Jonathan K. Van Patten
Eric H. Wessan
Betty Yang
Zachary Zimmerer

District Court/Agency Case Number(s):   1:24-cv-00150-DMT