IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

STATE OF KANSAS, et al.,

*Plaintiffs-Appellees,*

v.                                             No. 24-3521

UNITED STATES OF AMERICA, *et al.,*

*Defendants-Appellants.*

## STIPULATION TO VOLUNTARILY DISMISS APPEAL PURSUANT TO RULE 42(b)(1)

The parties hereby agree to dismiss this appeal pursuant to Federal Rule of

Appellate Procedure 42(b)(1), with each party to bear its own costs.

AUGUST 2025

Respectfully submitted,

MELISSA N. PATTERSON

/s/ *Joshua M. Koppel*
JOSHUA M. KOPPEL
   *Attorneys, Appellate Staff*
   *Civil Division, Room 7212*
   *U.S. Department of Justice*
   *950 Pennsylvania Avenue NW*
   *Washington, DC 20530*
   (202) 514-4820

*Counsel for defendants-appellants*

**KRIS W. KOBACH**
**Attorney General of Kansas**

*/s/ Anthony J. Powell*
Anthony J. Powell
*Solicitor General*
Adam T. Steinhilber
*Assistant Solicitor General*
James R. Rodriguez
*Assistant Attorney General*
Office of the Kansas Attorney General
Topeka, Kansas 66612-1597
Phone: (785) 296-7109
Email: anthony.powell@ag.ks.gov
adam.steinhilber@ag.ks.gov
jay.rodriguez@ag.ks.gov

*Counsel for Plaintiff-Appellee the State of*
*Kansas on behalf of Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system.

*s/ Joshua M. Koppel*
Joshua M. Koppel