# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-3521

_____

State of Kansas; State of North Dakota; State of Alabama; State of Idaho; State of Indiana; State of Iowa; State of Missouri; State of Montana; State of Nebraska; State of New Hampshire; State of Ohio; State of South Carolina; State of South Dakota; State of Tennessee; Commonwealth of Virginia; Commonwealth of Kentucky; State of Texas; State of Florida; State of Arkansas

Plaintiffs - Appellees

v.

United States of America; Centers for Medicare & Medicaid Services

Defendants - Appellants

------------------------------

CASA; Hyun Kim; Claudia Moya Lopez; Dania Quezada Torres; American Cancer Society Cancer Action Network; American Lung Association; Epilepsy Foundation; Leukemia & Lymphoma Society; Muscular Dystrophy Association

Amici on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the District of North Dakota - Western
(1:24-cv-00150-DMT)

_____

**JUDGMENT**

Before SMITH, KELLY, and GRASZ, Circuit Judges.

The joint stipulation filed by the parties in this case is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

October 01, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
      /s/ Susan E. Bindler